■ In the Matter of MARTIN A. GREENBERG, an Attorney. — Respondent suspended from practice as an attorney and counselor at law effective August 18, 1983, and until the further order of this court. Concur — Murphy, P. J., Kupferman, Sandler, Asch and Milonas, JJ.

## (August 24, 1983)

■ In the Matter of ROBERT B. GLUCKMAN, Appellant, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents, and JAY S. DANKBERG, Respondent. — Judgment, Supreme Court, New York County (Martin Evans, J.), entered on August 23, 1983, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Carro, Bloom, Fein and Kassal, JJ.

■ In the Matter of M. BRUCE SOLOMON et al., Appellants, v ROBERT D. LIPPMANN, Respondent, and MATTEO LUMETTA et al., Respondents. — Judgment, Supreme Court, New York County (Martin Evans, J.), entered on August 23, 1983, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Carro, Bloom, Fein and Kassal, JJ.

■ In the Matter of MICHAEL A. OLIVERAS et al., Respondents, v MATTEO LUMETTA et al., Respondents, and EFRAIN GONZALEZ et al., Appellants. — Judgment, Supreme Court, Bronx County (Maresca, J.), entered on August 23, 1983, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Carro, Bloom, Fein and Kassal, JJ.